

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 15, 2007

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07

BY FAX

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007
Fax: 212 805-7925

    Re: United States v. Frankie Torres, 07 CR 957 (RJS)

Dear Judge Sullivan:

    The Government respectfully submits this letter requesting that the court schedule an arraignment and initial pre-trial conference in the above-captioned case for Friday, October 19, 2007, at 10:00 a.m. Indictment 07 Cr. 957, which is attached, was returned by a grand jury in this district on Friday, October 12, 2007. The complaint is also attached to this letter, as is a letter from the Pre-Trial Services officer Joshua Rothman to Magistrate Judge Frank Maas regarding a possible violation of the terms of the defendant's pre-trial release.
    The Government also requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, until the arraignment and initial pre-trial Conference. This request is submitted with the consent of Mr. Torres' attorney, Anthony Rico, Esq., as it will allow the parties to discuss a possible disposition of the case.

                                    Respectfully submitted,

                                      MICHAEL J. GARCIA
                                    United States Attorney
                                    Southern District of New York

                              By: _____
                                  Randall W. Jackson
                                  Assistant United States Attorney
                                  212-637-1029

SO ORDERED
Dated: 10/15/07
      RICHARD J. SULLIVAN
      U.S.D.J.