# ANTHONY L. RICCO

*Attorney At Law*

20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919  FAX. (212) 791-3940

April 9, 2008

**BY E.C.F. &  FACSIMILE**

Hon.  Richard J. Sullivan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Frankie Torres**,  Docket. No.  07 Cr. 957 (RJS)

Dear Judge Sullivan:

    This letter is submitted to request that the court adjourn the sentencing of Frankie Torres that is presently scheduled for April 17, 2008 at 10:15 a.m.

    I am currently on trial in Queens County Supreme Court, before the Hon. Arthur J. Cooperman in People v. Michael Oliver, et al., the so-called Sean Bell case.   There have been over 50 witnesses called and thousands of documents, exhibits and diagrams. As a result, I have been unable to complete my review the P.S.R. and the submission of Rule 32 objections and a sentencing recommendation on behalf of Frankie Torres.

    As a result of the foregoing, I am requesting an adjournment of the above sentencing to a date on or after May 5, 2008.

    I have discussed the request for an adjournment with A.U.S.A. Randall W. Jackson, who has stated that the government has no objection to the application.

    Respectfully submitted,

    /S/ *Anthony L. Ricco*
    Anthony L. Ricco

ALR/es
cc:  A.U.S.A.  Randall W. Jackson (By facsimile & email)