UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                                Docket. No.  07 Cr. 957 (RJS)

    - against -                                                     **NOTICE OF MOTION**

FRANKIE TORRES,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    **PLEASE TAKE NOTICE**  that the defendant Frankie Torres moves this Court before the Honorable Richard J. Sullivan, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York at a time that is convenient for the Court, for an order granting the following relief:

    1.  For an order granting a continuance of the sentencing presently scheduled for April 17, 2008.

    2.   For such other and further relief as to this Court may seem just and proper.

Dated:  New York, New York
        April 12, 2008

                                                               Yours, etc.

                                                              /S/ *Anthony L. Ricco*
                                                             Anthony L. Ricco, Esq.
                                                             Counsel for Frankie Torres
                                                             20 Vesey Street Suite 400
                                                            New York, New York 10007
                                                            (212) 791-3919

TO:

    Hon. Richard J. Sullivan
    United States District Judge
    Southern District of New York
    United States Courthouse
    500 Pearl Street
    New York, New York 10007

    Randall W. Jackson, Esq.
    Assistant United States Attorney
    United States Attorney's Office
    Southern District of New York
    One St. Andrews Plaza
    New York, New York 10007