

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA                           Docket. No.  07 Cr. 957 (RJS)

      - against -                                **NOTICE OF MOTION**

FRANKIE TORRES,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     **PLEASE TAKE NOTICE**  that the defendant Frankie Torres moves this Court

before the Honorable Richard J. Sullivan, United States District Judge, in the United

States Courthouse, 500 Pearl Street, New York, New York at a time that is convenient

for the Court, for an order granting the following relief:

     1.  For an order granting a continuance of the sentencing presently scheduled for

April 17, 2008.

     2.   For such other and further relief as to this Court may seem just and proper.

Dated:  New York, New York
       April 12, 2008

                              Yours, etc.

                              /S/ . . .

                              Anthony L. Ricco, Esq.
                              Counsel for Frankie Torres
                              20 Vesey Street Suite 400
                              New York, New York 10007
                              (212) 791-3919

*[Handwritten:]* Sentencing in the above-captioned matter is hereby adjourned to MAY 6, 2008 @ 10AM.

SO ORDERED
Dated: 4/14/08
RICHARD J. SULLIVAN
U.S.D.J.