# ANTHONY L. RICCO

*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919  FAX. (212) 791-3940

May 5, 2008

**FILED BY E.C.F.**

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

      Re:  **United States v. Frankie Torres**
           Docket No.  07  Cr.  957 (RJS)

Dear Judge Sullivan:

    The above captioned matter is presently scheduled for sentencing on Tuesday, May 6, 2008.  Attached are two letters to be considered at the time of sentencing, one from his common law wife and the other from a family friend.

                              Respectfully submitted,

                              /S/ *Anthony L. Ricco*
                              Anthony L. Ricco, Esq.

Assisted By Jamie Santana, Esq.

ALR/es
cc:
A.U.S.A.  Randall W. Jackson (By E.C.F.)

March 6, 2008

To Whom It May Concern:

I am writing on behalf of Frankie Torres, who has been a friend of mine for over 20 years. Through out the years of knowing Frankie, he has always maintained a job to take care of himself. He liked to dress nice and kept himself well groomed. When Frankie's daughter was born, she was his pride and joy, and of course he tried to give her the world. Nevertheless, everything was about his daughter's well being and her daily needs. He tried to maintain employment to take care of his daughter and his fiancé', but was laid off and could not find employment. Even though he lost his job at this time, he remained in good spirit. He always smiled and seemed to be very happy.

Frankie is a very smart, intelligent, courteous, kind and respectful young man, who I am more than sure he have a lot of regrets and have learned from his mistakes. He is hardworking, and have a lot of work experience and I am confident that he will get a job to support his family and himself. He now understand that life holds a lot of challenges and you must work very hard to maintain your responsibilities.

Respectfully Submitted,

*Betsy Peterson*
Betsy Peterson

March 1, 2008

To Whom It May Concern:

I am writing in reference to Mr. Frankie Torres. I have known Frankie for at least 17 years. Frankie was always a friendly outgoing person who went to college after high school to further his education to seek a better life for himself. He then became employed and was very happy having a job. He maintained a job for several years. In 2004 Frankie fathered a newborn daughter, who he referred to as his "little angel", who he tried his best to support and maintain her daily needs. In addition Frankie liked to keep himself dressed nice, which was very hard having a baby to feed, cloth and maintain. Everything was all about his daughter and not himself. He tried to keep a job to take care of his daughter. Even though it was very hard financially to support his daughter and himself he made sure his daughter had the necessities she needed. Even though times got rough he was always smiling and in a good mood.

Frankie has grown up to be a very intelligent, responsible and respectful person and have a lot of regrets. He have learned from the mistakes he made in the past and now know he needs to get a job and keep it to support his family. He understand that life is about hard work and earning a honest dollar. He has expressed to me, it will make him feel good about himself and knowing the way he provided for his daughter and her needs was from his hard work.

Sincerely,

*Leslye Hunt*
Leslye Hunt